■ JOHN W. CASSIDY, Appellant, v JOHN MILLER et al., Respondents. (Appeal No. 2.) [638 NYS2d 386] —Appeal unanimously dismissed without costs *(see, Smith v Catholic Med. Ctr.,* 155 AD2d 435; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Chautauqua County, Gerace, J.—Set Aside Verdict.) Present—Green, J. P., Lawton, Fallon, Doerr and Balio, JJ.

■ STEPHEN A. MARINO, Respondent, v COUNTY OF ERIE et al., Defendants, and ALLSTATE INSURANCE COMPANY, Appellant. [638 NYS2d 386] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Cosgrove, J. (Appeal from Order of Supreme Court, Erie County, Cosgrove, J.— Vacate Subrogation Claim.) Present—Green, J. P., Lawton, Fallon, Doerr and Balio, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. PERRY RUNION, Appellant, v ANDREW P. MELONI, as Monroe County Sheriff, et al., Respondents. [638 NYS2d 383] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Monroe County Court, Maloy, J.—Habeas Corpus.) Present—Denman, P. J., Pine, Wesley, Callahan and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST MILLER, Appellant. [638 NYS2d 383] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Harvey, J.—Burglary, 3rd Degree.) Present—Denman, P. J., Pine, Wesley, Callahan and Boehm, JJ.